IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

JOYCE DEEMER, :
:
*Plaintiff*, :   Civil Action No.: 1:23-cv-00259
:
v. :
:
PENNSYLVANIA DEPARTMENT OF :
CORRECTIONS, STATE :
CORRECTIONAL INSTITUTION :
MERCER, :
:
*Defendant*. :

## ORDER

AND NOW, this 19th day of November 2025, upon consideration of the STIPULATION OF DISMISSAL WITH PREJUDICE, it is hereby ORDERED that Parties' Stipulation of Dismissal With Prejudice is GRANTED. The case is dismissed with prejudice, and each party will bear its own costs. The Clerk shall mark this case CLOSED.

BY THE COURT,

*Susan Paradise Baxter*
Susan Paradise Baxter
United States District Judge